IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 FEB 20  PM 3: 18

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| DAVID MECARTNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Docket No. 25-CV-278 |
| TETON MEDIA WORKS, INC. d/b/a JACKSON ) | |
| HOLE NEWS AND GUIDE, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

This matter is before the Court on the Plaintiff's Motion to Dismiss. The Court has reviewed the motion and is fully advised in the premises.

**IT IS ORDERED** that all claims, demands, and causes of action against Defendant are dismissed with prejudice, with each party to bear their own attorney's fees and costs.

**IT IS FURTHER ORDERED** that the dismissal operates as an adjudication on the merits, and the Plaintiff is permanently barred from re-filing these specific claims against the Defendant in any future proceeding.

Dated this 20th day of Febraury, 2026.

Hon. Alan B. Johnson
United States District Court Judge